Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MCARTHUR, THEODORE MAYER, JAY TURNQUIST, TONIA RUPRECHT, DAVID BECHNER, and LINDSAY DUNN,<br><br>Defendants. | No. 2:15-cv-00992 RAJ<br><br>DECLARATION OF LESLIE HAGIN IN SUPPORT OF DEFENDANT RUPRECHT'S MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING THE COURT'S RULING ON DISPOSITIVE MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND/OR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED – RAILWAY LABOR ACT PREEMPTION |

I, Leslie J. Hagin, declare as follows:

I am the lead counsel for Defendant Tonia Ruprecht. I am over the age of 18, and am competent to testify.

1.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiff BNSF Railway First Set of Interrogatories to Defendant Tonia Ruprecht which were received in my office on May 11, 2016.

2.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of Plaintiff BNSF Railway First Set of Requests For Production to Defendant Tonia Ruprecht which were received in my office on May 11, 2016.

DECLARATION OF LESLIE HAGIN IN SUPPORT OF MOTION TO
STAY DISCOVERY - 1
No. 2:15-cv-00992 RAJ

11036.1 je120106

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1       3.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of Plaintiff BNSF Railway

2 Company's First Set of Requests For Admissions to Defendant Tonia Ruprecht which were

3 received in my office on May 11, 2016.

4       4.      Pursuant to Fed. R. Civ. Proc. 26(c)(1) and LCR 26(c)(1), I hereby certify that I

5 have in good faith conferred with BNSF counsel in an effort to resolve the dispute of whether

6 discovery should be stayed pending resolution by the Court of Ms. Ruprecht's dispositive motion

7 to dismiss, in an effort to resolve the dispute without court action.

8       I declare under penalty of perjury of the laws of the United States of America and the

9 State of Washington that the foregoing is true and correct.

10       DATED this 12th day of May, 2016, at Seattle, Washington.

11

12                     Leslie J. Hagin

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF LESLIE HAGIN IN SUPPORT OF MOTION TO
STAY DISCOVERY - 2
No. 2:15-cv-00992 RAJ

11036.1 je120106

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1

2

**CERTIFICATE OF SERVICE**

3

    I hereby certify that on the 12th day of May, 2016, I filed the foregoing with the Clerk of

4

Court using the CM/ECF System which will send notification of such filing to the following:

5

6

**Attorneys for Plaintiff:**
Michael E. Chait

7

Bradley P. Scarp
Montgomery Scarp, PLLC

8

1218 Third Ave., Ste. 2500
Seattle, WA  98101

9

Email: mike@montgomeryscarp.com; brad@montgomeryscarp.com

10

**Attorneys for Defendants Beckner, Dunn, and Mayer**

11

Michael Schwartz
Law Office of Michael Schwartz, P.S.

12

810 Third Ave., Ste. 500
Seattle, WA  98104-1619

13

Email: mschwartzlaw@hotmail.com

14

Ronald J. Meltzer
Sinsheimer & Meltzer

15

701 Fifth Ave, Ste. 4100
Seattle, WA  98104-7073

16

Email: rdd@sinsheimer-meltzer.com

17

**Attorneys for Defendant McArthur**
Fred Diamondstone

18

1218 Third Avenue, Suite 1000
Seattle, WA  98101

19

Email: fdiamondstone@seanet.com

20

**Attorneys for Defendant Turnquist**
Robert D. Butler

21

Emily C. Beschen
Law Offices of Robert D. Butler

22

103 E. Holly St. #512
Bellingham, WA  98225

23

Email: emily@rdbutlerlaw.com; admin@rdbutlerlaw.com

24

25

Laura Faulstich, Legal Assistant

26

27

DECLARATION OF LESLIE HAGIN IN SUPPORT OF MOTION TO
STAY DISCOVERY - 3
No. 2:15-cv-00992 RAJ

11036.1 je120106

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

# Exhibit A

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN MCARTHUR, THEODORE MAYER, JAY TURNQUIST, TONIA RUPRECHT, DAVID BECKNER, and LINDSAY DUNN,<br><br>    Defendants. | No. 2:15-cv-00992<br><br>**PLAINTIFF BNSF RAILWAY FIRST SET OF INTERROGATORIES TO DEFENDANT TONIA RUPRECHT** |

TO:          Defendant Tonia Ruprecht

AND TO:   Leslie J. Hagin, Joe R. Shaeffer, & Tiffany M. Cartwright,

              Attorneys For Tonia Ruprecht

Defendant BNSF Railway Company ("BNSF") hereby requests, pursuant to Federal Rules of Civil Procedure 26 and 33 that Defendant Tonia Ruprecht ("RUPRECHT" or "YOU") respond to these Interrogatories by serving a separate written response to each Request, verified under oath, within the time allowed by Federal Rule of Civil Procedure 33(b)(2).

BNSF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT RUPRECHT - 1

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

**DEFINITIONS**

Whenever the context in which words used in these interrogatories indicates or suggests that such is the intent, words in the singular shall include the plural and vice versa, and words in masculine, feminine or neuter shall include each of the other genders.

In addition, whenever the terms set forth below appear herein, they shall be construed in accordance with the following definitions:

1.  "YOU," "YOUR," and "RUPRECHT" means Defendant Tonia Ruprecht.

2.  "BNSF" means plaintiff BNSF Railway Company, including but not limited to any of its known REPRESENTATIVES.

3.  "REPRESENTATIVES" means agents, servants, employees, independent contractors, attorneys, accountants, managers, and anyone acting or purporting to act on one's behalf.

**Instructions**

4.  The following Interrogatories should be considered to be continuing pursuant to Fed. R. Civ. P. 26(e), and further supplemental answers should be filed as further information is called to YOUR attention.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** For work YOU performed on a BNSF work train between January 1, 2011, and December 31, 2014, state the method (or methods) by which YOU calculated the number of mile that YOU claimed to have traveled on YOUR tie-up tickets.

**RESPONSE:**

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1     **INTERROGATORY NO. 2:**  If YOU contend that YOU no longer have delay reports

2  (or copies thereof) for work train jobs for which YOU claimed payment from BNSF in your

3  possession, custody, or control, state all facts supporting YOUR contention, including but not

4  limited to when YOU last had possession of such delay reports (and copies thereof), what was

5  done with such delay reports (and copies thereof), and the identity of the person or persons who

6  presently has possession of such delay reports (and copies thereof).

7     **RESPONSE:**

8

9     **INTERROGATORY NO. 3:** If YOU contend that YOU no longer have signal

10  awareness reports (or copies thereof) for work train jobs for which YOU claimed payment from

11  BNSF in your possession, custody, or control, state all facts supporting YOUR contention,

12  including but not limited to when YOU last had possession of such signal awareness reports (and

13  copies thereof), what was done with such signal awareness reports (and copies thereof), and the

14  identity of the person or persons who presently has possession of such signal awareness reports

15  (and copies thereof).

16     **RESPONSE:**

17

18

19     DATED this 10th day of May, 2016.

20

21     Montgomery Scarp, PLLC

22

23     Bradley Scarp, WSBA #21453

24     Michael Chait, WSBA #48842
      Attorney for Plaintiff

25     BNSF Railway Company
      1218 Third Ave., Ste. 2500

26     Seattle, WA 98101
      Tel. (206) 625-1801

27     Fax (206) 625-1807

BNSF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT RUPRECHT - 3

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1

2

**CERTIFICATE OF SERVICE**

3      I am over the age of 18; and not a party to this action.  I am the assistant to an attorney with
Montgomery Scarp, PLLC, whose address is 1218 Third Avenue, Suite 2500, Seattle, Washington,
4   98101.

5      I hereby certify that a true and complete copy of ***PLAINTIFF BNSF RAILWAY
COMPANY'S FIRST SET OF INTERROGATORIES TO DEFENDANT TONIA***
6   ***RUPRECHT*** has been sent the following interested parties via U.S. mail:

7

*Attorney for Defendants Theodore Mayer, David Beckner, and Lindsay Dunn:*
8   Ronald J. Meltzer
Sinsheimer & Meltzer, Inc., P.S.
9   701 5th Ave., Suite 4100
Seattle, WA 98104-7073
10

*Attorney for Defendants Theodore Mayer, David Beckner, and Lindsay Dunn:*
11   Michael Schwartz
Law Offices of Michael Schwartz, P.S.
12   810 3rd Ave., Suite 500
Seattle, WA 98104-1619
13

*Attorneys for Defendant Tonia Ruprecht:*
14   Leslie J. Hagin, Joe R. Shaeffer, & Tiffany M. Cartwright
MacDonald Hoague & Bayless
15   705 Second Ave, Ste. 1500
Seattle, WA 98104
16

*Attorneys for Defendant Jay Turnquist:*
17   Robert D. Butler & Emily C. Beschen
Law Offices of Robert D. Butler
18   103 E. Holly St., #512
Bellingham, WA 98225
19

*Attorney for Defendant Steven McArthur:*
20   Fred Diamondstone
1218 Third Avenue, #1000
21   Seattle, WA 98101

22

23      I declare under penalty under the laws of the State of Washington that the foregoing information
is true and correct.

24      DATED this 10th day of May, 2016, at Seattle, Washington.

25

26   _____
Tyler Campbell, Paralegal
27

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801

BNSF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT RUPRECHT - 4

# Exhibit B

HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

BNSF RAILWAY COMPANY, a Delaware
corporation,

10

Plaintiff,

11

v.

12

STEVEN MCARTHUR, THEODORE
MAYER, JAY TURNQUIST, TONIA
RUPRECHT, DAVID BECKNER, and
LINDSAY DUNN,

13

14

15

Defendants.

No. 2:15-cv-00992

**PLAINTIFF BNSF RAILWAY FIRST
SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT
TONIA RUPRECHT**

16

17    TO:          Defendant Tonia Ruprecht

18    AND TO:   Leslie J. Hagin, Joe R. Shaeffer, & Tiffany M. Cartwright,

19                  Attorneys For Tonia Ruprecht

20         In accordance with FRCP 26, 34 and 37 you will please respond to the following

21    Requests for Production under oath within thirty (30) days of the date of service of the discovery

22    requests upon your attorney.  These discovery requests are continuing in nature and you are

23    requested to provide any information hereafter acquired that modifies or supplements any of the

24    answers now given in any way as soon as that information becomes available.

25                                    **PRIVILEGE**

26         If you and/or your attorney contend that any documents requested are privileged or

27    otherwise immune from discovery, you are required to provide, in writing to the undersigned

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT TONIA RUPRECHT - 1

1  attorneys on or before the date on which the production of documents is required, the following

2  information with respect to each such document:

3      a.  The date of the document;

4      b.  The author of the document;

5      c.  The names of the persons who have received the original or a copy of the document;

6      d.  The subject matter of the document; and

7      e.  A statement of the specific reason(s) why the document should not be produced.

8                                  **DEFINITIONS**

9      Whenever the context in which words used in these Interrogatories and Requests for

10  Production of Documents indicates or suggests that such is the intent, words in the singular shall

11  include the plural and vice versa, and words in masculine, feminine or neuter shall include each of

12  the other genders.

13      In addition, whenever the terms set forth below appear herein, they shall be construed in

14  accordance with the following definitions:

15      1.    "YOU," "YOUR," and "RUPRECHT" means Defendant Tonia Ruprecht.

16      2.    "BNSF" means plaintiff BNSF Railway Company, including but not limited to

17  any of its known REPRESENTATIVES.

18      3.    "CO-DEFENDANTS" means co-defendants Steven McArthur, Theodore Mayer,

19  Jay Turnquist, David Beckner, and/or Lindsay Dunn.

20      4.    "PERSON" means a natural person, firm, association, organization, partnership,

21  business, trust, limited liability company, corporation, or public entity.

22      5.    The "INVESTIGATION" mean the investigation of YOU for dishonesty, of

23  which YOU were provided notice by BNSF on or about December 17, 2014.

24      6.    The "LAWSUIT" mean this lawsuit, filed by BNSF against YOU and YOUR

25  CO-DEFENDANTS on or about June 19, 2015.

26

27

PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT TONIA RUPRECHT - 2

1    7.    "REPRESENTATIVES" means agents, servants, employees, independent

2    contractors, attorneys, accountants, managers, and anyone acting or purporting to act on one's

3    behalf.

4    8.    "DOCUMENTS" means all "writings and recordings" as defined in Rule 1001 of

5    the Federal Rules of Evidence, and includes (but is not limited to) all original writings,

6    documents, and tape recordings of any nature whatsoever, as well as all non-identical copies, in

7    your possession, custody, or control, whether handwritten, typewritten or otherwise prepared.  In

8    particular, the term "document" includes, but is not limited to: letters, faxes, telegrams,

9    memoranda, notes, reports, agreements, contracts, statements (e.g., bank statements, financial

10   records), advertisements, brochures, bulletins, circulars, pamphlets, flyers, lists, logs, system

11   logs, studies, magazine and newspaper articles and reports, invoices, bills, statements, receipts,

12   checks, check stubs, check registers, ledgers, accounting records, journals, minutes, notes,

13   worksheets, vouchers, notebooks, diagrams, illustrations, photographs, videotapes, audiotapes,

14   CDs, CD-ROMS, legal pleadings, court orders, notices, discovery requests and responses,

15   consent decrees, administrative orders, notebooks, desk calendars, appointment books, computer

16   files or diskettes, databases (including but not limited to information contained therein such as

17   customer contacts, notes, and sales data), information stored in electronic form on computer

18   servers, networks1, hard drives or otherwise (including any home computer or other device on

19   which business files reside or resided), e-mail or voice mail files or printouts, and any and all

20   other papers, books, writings, or documents upon which any communication, idea, thought,

21   sound, or information of any kind within the categories enumerated below has been created,

22   reproduced, or recorded.

23   9.    "COMMUNICATION(S)" means any contact, oral or written, formal or informal,

24   at any time or place and under any circumstances whatsoever, by which information of any

25   nature was transmitted or transferred including, without limitation, the giving or exchanging of

26   information by talk, gestures, DOCUMENT(S) or any other means, or any request for

27   information by any such means.

MONTGOMERY SCARP,  PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT TONIA RUPRECHT - 3

10.     "REFERRING," "REGARDING," "RELATING" or "PERTAINING" mean pertaining to, evidencing, supporting, explaining, concerning, mentioning, discussing, identifying, evidencing, memorializing, describing, constituting, commenting upon, containing, reflecting, summarizing, referring to, relating to, regarding, or contradicting, in whole or in part, the subject matter of these Document Requests.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Produce all signal awareness reports, or copies thereof, whether or not YOUR own, in YOUR possession, custody, or control, reflecting work performed for BNSF between January 1, 2011, and present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Produce all delay reports, or copies thereof, whether or not YOUR own, in YOUR possession, custody, or control, reflecting work performed for BNSF between January 1, 2011, and present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** Produce all DOCUMENT RELATING to any train movements for any work train job YOU performed from January 1, 2011, to present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:** Produce all DOCUMENTS RELATING to any train movements for any work train job for which any one of YOUR CO-DEFENDANTS claimed payment from BNSF from January 1, 2011, to present.

**RESPONSE:**

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1   **REQUEST FOR PRODUCTION NO. 5:** Produce all DOCUMENTS RELATING to

2   any calculation of the miles YOUR train moved during any work train job for which YOU

3   claimed payment from BNSF from January 1, 2011, to present.

4   **RESPONSE:**

5

6   **REQUEST FOR PRODUCTION NO. 6:** Produce all DOCUMENTS RELATING to

7   any calculation of the miles YOUR CO-DEFENDANTS' trains moved during any work train job

8   for which YOUR CO-DEFENDANTS claimed payment from BNSF from January 1, 2011, to

9   present.

10   **RESPONSE:**

11

12   **REQUEST FOR PRODUCTION NO. 7:** Produce all DOCUMENTS RELATING to

13   car or van movements for any work train job for which YOU claimed payment from BNSF from

14   January 1, 2011, to present.

15   **RESPONSE:**

16

17   **REQUEST FOR PRODUCTION NO. 8:** Produce all DOCUMENTS RELATING to

18   any car or van movements for any work train job for which any one of YOUR CO-

19   DEFENDANTS claimed payment from BNSF from January 1, 2011, to present.

20   **RESPONSE:**

21

22   **REQUEST FOR PRODUCTION NO. 9:** Produce all DOCUMENTS RELATING to

23   any calculation of the miles YOUR car or van moved during any work train job for which YOU

24   claimed payment for car or van miles from BNSF from January 1, 2011, to present.

25   **RESPONSE:**

26

27

PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT TONIA RUPRECHT - 5

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1   **REQUEST FOR PRODUCTION NO. 10:** Produce all DOCUMENTS RELATING to

2   any calculation of the miles YOUR CO-DEFENDANTS' car(s) or van(s) moved during any

3   work train job for which YOUR CO-DEFENDANTS claimed payment for car or van miles from

4   BNSF from January 1, 2011, to present.

5   **RESPONSE:**

6

7   **REQUEST FOR PRODUCTION NO. 11:** Produce all DOCUMENTS RELATING to

8   the mileage YOU reported to BNSF for each work train job for which YOU claimed payment

9   from BNSF from January 1, 2011, to present.

10   **RESPONSE:**

11

12   **REQUEST FOR PRODUCTION NO. 12:** Produce all DOCUMENTS RELATING to

13   the mileage YOUR CO-DEFENDANTS reported to BNSF for each work train job for which any

14   one of YOUR CO-DEFENDANTS claimed payment from BNSF from January 1, 2011, to

15   present.

16   **RESPONSE:**

17

18   **REQUEST FOR PRODUCTION NO. 13:** Produce all DOCUMENTS RELATING to

19   how work train mileage is to be calculated.

20   **RESPONSE:**

21

22   **REQUEST FOR PRODUCTION NO. 14:** Produce all DOCUMENTS RELATING to

23   the manner in which work train mileage is reported to BNSF.

24   **RESPONSE:**

25

26

27

PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT TONIA RUPRECHT - 6

1    **REQUEST FOR PRODUCTION NO. 15:** Produce all DOCUMENTS constituting or

2   REFERRING to COMMUNICATIONS between YOU, on the one part, and any of YOUR CO-

3   DEFENDANTS, on the other part, REGARDING BNSF work trains.

4    **RESPONSE:**

5

6

7    **REQUEST FOR PRODUCTION NO. 16:** Produce all DOCUMENTS constituting or

8   REFERRING to COMMUNICATIONS between YOU, on the one part, and any of YOUR CO-

9   DEFENDANTS, on the other part, REGARDING any work YOU or YOUR CO-

10   DEFENDANTS performed for BNSF.

11    **RESPONSE:**

12

13    **REQUEST FOR PRODUCTION NO. 17:** Produce all DOCUMENTS constituting or

14   REFERRING to COMMUNICATIONS between YOU, on the one part, and any of YOUR CO-

15   DEFENDANTS, on the other part, REGARDING the INVESTIGATION.

16    **RESPONSE:**

17

18    **REQUEST FOR PRODUCTION NO. 18:** Produce all DOCUMENTS constituting or

19   REFERRING to COMMUNICATIONS between YOU, on the one part, and any of YOUR CO-

20   DEFENDANTS, on the other part, REGARDING the LAWSUIT.

21    **RESPONSE:**

22

23    **REQUEST FOR PRODUCTION NO. 19:** Produce all DOCUMENTS RELATING to

24   the INVESTIGATION.

25    **RESPONSE:**

26

27

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1    **REQUEST FOR PRODUCTION NO. 20:** Produce all non-privileged DOCUMENTS

2 REFERRING or RELATING to the LAWSUIT.

3    **RESPONSE:**

4

5    **REQUEST FOR PRODUCTION NO. 21:** Produce all DOCUMENTS constituting or

6 REFERRING to COMMUNICATIONS between YOU, on the one part, and any PERSON, on

7 the other part, REGARDING the INVESTIGATION.

8    **RESPONSE:**

9

10    **REQUEST FOR PRODUCTION NO. 22:** Produce all DOCUMENTS constituting or

11 REFERRING to COMMUNICATIONS between YOU, on the one part, and any PERSON, on

12 the other part, REGARDING this LAWSUIT.

13    **RESPONSE:**

14

15

16    **REQUEST FOR PRODUCTION NO. 23:** All DOCUMENTS RELATING to YOUR

17 allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part

18 because Ruprecht had legitimate reasons for her conduct."

19    **RESPONSE:**

20

21    **REQUEST FOR PRODUCTION NO. 24:** All DOCUMENTS RELATING to YOUR

22 allegation in YOUR affirmative defenses that "Plaintiff BNSF's claims are barred by the

23 doctrine of estoppel."

24    **RESPONSE:**

25

26

27

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

**REQUEST FOR PRODUCTION NO. 25:** All DOCUMENTS RELATING to YOUR allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part by the doctrine of waiver."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 26:** All DOCUMENTS RELATING to YOUR allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part by the doctrine of contributory negligence."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 27:** All DOCUMENTS RELATING to YOUR allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part by the doctrine of unclean hands."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 28:** All DOCUMENTS RELATING to YOUR allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part because Ruprecht's discharge and BNSF's claims in this lawsuit are motivated by retaliatory, anti-union animus."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 29:** All DOCUMENTS RELATING to YOUR allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part because Ruprecht's discharge and BNSF's claims in this lawsuit are motivated by . . . an effort to undermine the functioning of the rules set forth by the collective bargaining agreement and the RLA."

**RESPONSE:**

PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR
PRODUCTION TO DEFENDANT TONIA RUPRECHT - 9

1

2   **REQUEST FOR PRODUCTION NO. 30:** All DOCUMENTS RELATING to YOUR

3   allegation in YOUR affirmative defenses that "BNSF's claims are barred in whole or in part

4   because it has failed to retain and maintain, destroyed, lost, or otherwise spoliated documentation

5   that is relevant and/or which BNSF is required to retain and maintain by the Federal Railroad

6   Administration, including but not limited to NWE division timetable and delay report

7   documentation."

8   **RESPONSE:**

9

10  **REQUEST FOR PRODUCTION NO. 31:** All DOCUMENTS RELATING to YOUR

11  allegation in YOUR counterclaim that ""BNSF, through its agent(s) and representative(s)

12  intercepted and/or recorded at least one conversation with Ruprecht without her consent."

13  **RESPONSE:**

14

15

16  DATED this 10th day of May, 2016.

17

18  Montgomery Scarp, PLLC

19

20  Bradley Scarp, WSBA #21453
    Michael Chait, WSBA #48842

21  Attorney for Plaintiff

22  BNSF Railway Company
    1218 Third Ave., Ste. 2500

23  Seattle, WA 98101
    Tel. (206) 625-1801

24  Fax (206) 625-1807

25

26

27

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

## CERTIFICATE OF SERVICE

I am over the age of 18; and not a party to this action. I am the assistant to an attorney with Montgomery Scarp, PLLC, whose address is 1218 Third Avenue, Suite 2500, Seattle, Washington, 98101.

I hereby certify that a true and complete copy of *PLAINTIFF BNSF RAILWAY FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT TONIA RUPRECHT* has been sent to the following interested parties via U.S. mail:

*Attorney for Defendants Theodore Mayer, David Beckner, and Lindsay Dunn:*
Ronald J. Meltzer
Sinsheimer & Meltzer, Inc., P.S.
701 5th Ave., Suite 4100
Seattle, WA 98104-7073

*Attorney for Defendants Theodore Mayer, David Beckner, and Lindsay Dunn:*
Michael Schwartz
Law Offices of Michael Schwartz, P.S.
810 3rd Ave., Suite 500
Seattle, WA 98104-1619

*Attorneys for Defendant Tonia Ruprecht:*
Leslie J. Hagin, Joe R. Shaeffer, & Tiffany M. Cartwright
MacDonald Hoague & Bayless
705 Second Ave, Ste. 1500
Seattle, WA 98104

*Attorneys for Defendant Jay Turnquist:*
Robert D. Butler & Emily C. Beschen
Law Offices of Robert D. Butler
103 E. Holly St., #512
Bellingham, WA 98225

*Attorney for Defendant Steven McArthur*
Fred Diamondstone
1218 Third Avenue, #1000
Seattle, WA 98101

I declare under penalty under the laws of the State of Washington that the foregoing information is true and correct.

DATED this 10th day of May, 2016, at Seattle, Washington.

Tyler Campbell, Paralegal

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

# Exhibit C

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BNSF RAILWAY COMPANY, a Delaware
corporation,

       Plaintiff,

       v.

STEVEN MCARTHUR, THEODORE
MAYER, JAY TURNQUIST, TONIA
RUPRECHT, DAVID BECKNER, and
LINDSAY DUNN,

       Defendants.

No. 2:15-cv-00992

**PLAINTIFF BNSF RAILWAY
COMPANY'S FIRST SET OF
REQUESTS FOR ADMISSIONS TO
DEFENDANT TONIA RUPRECHT**

TO:          Defendant Tonia Ruprecht

AND TO:     Leslie J. Hagin, Joe R. Shaeffer, & Tiffany M. Cartwright, Attorneys For

              Tonia Ruprecht

     Plaintiff BNSF Railway Company ("BNSF") hereby requests, pursuant to Federal Rule of Civil Procedure 36, that Defendant Tonia Ruprecht ("Ruprecht") admit or deny the truth of the matters set out below within thirty (30) days after the service of these requests.  If no answer is received within that time, pursuant to Federal Rule of Civil Procedure 36(a)(3), the matters will be deemed admitted for purposes of this action.

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

## DEFINITIONS

Whenever the context in which words used in these Requests for Admission or suggests that such is the intent, words in the singular shall include the plural and vice versa, and words in masculine, feminine or neuter shall include each of the other genders.

In addition, whenever the terms set forth below appear herein, they shall be construed in accordance with the following definition:

1.    "YOU," "YOUR," and "RUPRECHT" means Defendant Tonia Ruprecht.

2.    "BNSF" means plaintiff BNSF Railway Company.

3.    "CO-DEFENDANTS" means co-defendants Steven McArthur, Theodore Mayer, Jay Turnquist, David Beckner, and/or Lindsay Dunn.

4.    "REPRESENTATIVES" means agents, servants, employees, independent contractors, attorneys, accountants, managers, and anyone acting or purporting to act on one's behalf.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Admit that YOU did not turn in any signal awareness reports to BNSF for work train jobs which YOU worked between January 1, 2012, and December 31, 2014.

**ANSWER:**


**REQUEST FOR ADMISSION NO. 2:** Admit that YOU did not turn in at least one signal awareness report to BNSF for a work train job YOU worked between January 1, 2012, and December 31, 2014.

**ANSWER:**

PLAINTIFF BNSF'S FIRST SET OF REQUESTS FOR
ADMISSIONS TO DEFENDANT TONIA RUPRECHT - 2

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1    **REQUEST FOR ADMISSION NO. 3:** Admit that YOU did not turn in any delay

2    reports to BNSF for work train jobs which YOU worked between January 1, 2012, and

3    December 31, 2014.

4    **ANSWER:**

5

6    **REQUEST FOR ADMISSION NO. 4:** Admit YOU did not turn in at least one delay

7    report to BNSF for a work train job YOU worked between January 1, 2012, and December 31,

8    2014.

9    **ANSWER:**

10

11    **REQUEST FOR ADMISSION NO. 5:** Admit that YOU or someone acting with YOUR

12    knowledge removed all of YOUR signal awareness reports for work train jobs which YOU

13    worked between January 1, 2012, and December 31, 2014, from BNSF's offices after YOU

14    turned those reports in to BNSF.

15    **ANSWER:**

16

17    **REQUEST FOR ADMISSION NO. 6:** Admit that YOU or someone acting with YOUR

18    knowledge removed at least one of YOUR signal awareness reports for a work train job which

19    YOU worked between January 1, 2012, and December 31, 2014, from BNSF's offices after

20    YOU turned that report in to BNSF.

21    **ANSWER:**

22

23    **REQUEST FOR ADMISSION NO. 7:** Admit that YOU or someone acting with YOUR

24    knowledge removed all of YOUR delay reports for work train jobs which YOU worked between

25    January 1, 2012, and December 31, 2014, from BNSF's offices after YOU turned those reports

26    in to BNSF.

27    **ANSWER:**

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1

2      **REQUEST FOR ADMISSION NO. 8:** Admit that YOU or someone acting with YOUR

3   knowledge removed at least one of YOUR delay reports for a work train job which YOU worked

4   between January 1, 2012, and December 31, 2014, from BNSF's offices after YOU turned that

5   report in to BNSF.

6      **ANSWER:**

7

8      **REQUEST FOR ADMISSION NO. 9:** Admit that YOU or someone acting with YOUR

9   knowledge destroyed all of YOUR signal awareness reports for work train jobs which YOU

10   worked between January 1, 2012, and December 31, 2014.

11      **ANSWER:**

12

13      **REQUEST FOR ADMISSION NO. 10:** Admit that YOU or someone acting with

14   YOUR knowledge destroyed at least one of YOUR signal awareness reports for a work train job

15   which YOU worked between January 1, 2012, and December 31, 2014.

16      **ANSWER:**

17

18      **REQUEST FOR ADMISSION NO. 11:** Admit that YOU or someone acting with

19   YOUR knowledge destroyed all of YOUR delay reports for work train jobs which YOU worked

20   between January 1, 2012, and December 31, 2014.

21      **ANSWER:**

22

23      **REQUEST FOR ADMISSION NO. 12:** Admit that YOU or someone acting with

24   YOUR knowledge destroyed at least one of YOUR delay reports for a work train job which

25   YOU worked between January 1, 2012, and December 31, 2014.

26      **ANSWER:**

27

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1    **REQUEST FOR ADMISSION NO. 13:** Admit that one of YOUR CO-DEFENDANTS

2    or someone acting at the direction of one of YOUR CO-DEFENDANTS removed all of YOUR

3    signal awareness reports for work train jobs which YOU worked between January 1, 2012, and

4    December 31, 2014, from BNSF's offices after YOU turned those reports in to BNSF.

5

6    **REQUEST FOR ADMISSION NO. 14:** Admit that one of YOUR CO-DEFENDANTS

7    or someone acting at the direction of one of YOUR CO-DEFENDANTS removed at least one of

8    YOUR signal awareness reports for a work train job which YOU worked between January 1,

9    2012, and December 31, 2014, from BNSF's offices after YOU turned that report in to BNSF.

10    **ANSWER:**

11

12    **REQUEST FOR ADMISSION NO. 15:** Admit that one of YOUR CO-DEFENDANTS

13    or someone acting at the direction of one of YOUR CO-DEFENDANTS removed all of YOUR

14    delay reports for work train jobs which YOU worked between January 1, 2012, and December

15    31, 2014, from BNSF's offices after YOU turned those reports in to BNSF.

16    **ANSWER:**

17

18    **REQUEST FOR ADMISSION NO. 16:** Admit that one of YOUR CO-DEFENDANTS

19    or someone acting at the direction of one of YOUR CO-DEFENDANTS removed at least one of

20    YOUR delay reports for a work train job which YOU worked between January 1, 2012, and

21    December 31, 2014, from BNSF's offices after YOU turned that report in to BNSF.

22    **ANSWER:**

23

24

25

26

27

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1    **REQUEST FOR ADMISSION NO. 17:** Admit that one of YOUR CO-DEFENDANTS

2    or someone acting at the direction of one of YOUR CO-DEFENDANTS destroyed all of YOUR

3    signal awareness reports for work train jobs which YOU worked between January 1, 2012, and

4    December 31, 2014.

5    **ANSWER:**

6

7    **REQUEST FOR ADMISSION NO. 18:** Admit that one of YOUR CO-DEFENDANTS

8    or someone acting at the direction of one of YOUR CO-DEFENDANTS destroyed at least one

9    of YOUR signal awareness reports for a work train job which YOU worked between January 1,

10   2012, and December 31, 2014.

11   **ANSWER:**

12

13   **REQUEST FOR ADMISSION NO. 19:** Admit that one of YOUR CO-DEFENDANTS

14   or someone acting at the direction of one of YOUR CO-DEFENDANTS destroyed all of YOUR

15   delay reports for work train jobs which YOU worked between January 1, 2012, and December

16   31, 2014.

17   **ANSWER:**

18

19   **REQUEST FOR ADMISSION NO. 20:** Admit that one of YOUR CO-DEFENDANTS

20   or someone acting at the direction of one of YOUR CO-DEFENDANTS destroyed at least one

21   of YOUR delay reports for a work train job which YOU worked between January 1, 2012, and

22   December 31, 2014

23   **ANSWER:**

24

25

26

27

PLAINTIFF BNSF'S FIRST SET OF REQUESTS FOR
ADMISSIONS TO DEFENDANT TONIA RUPRECHT - 6

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1

DATED this 10th day of May, 2016.

2

3

Montgomery Scarp, PLLC

4

5

Bradley Scarp, WSBA #21453

6

Michael Chait, WSBA #48842

Attorneys for Plaintiff

7

BNSF Railway Company

1218 Third Ave., Ste. 2500

8

Seattle, WA 98101

9

Tel. (206) 625-1801

Fax (206) 625-1807

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF BNSF'S FIRST SET OF REQUESTS FOR
ADMISSIONS TO DEFENDANT TONIA RUPRECHT - 7

1

## CERTIFICATE OF SERVICE

2

I am over the age of 18; and not a party to this action.  I am the assistant to an attorney
with Montgomery Scarp, PLLC, whose address is 1218 Third Avenue, Suite 2500, Seattle,
Washington, 98101.

3

4

I hereby certify that a true and complete copy of *PLAINTIFF BNSF RAILWAY FIRST
SET OF REQUESTS FOR ADMISSION TO DEFENDANT TONIA RUPRECHT* has been sent to
the following interested parties via U.S. Mail:

5

6

7

*Attorney for Defendants Theodore Mayer, David Beckner, and Lindsay Dunn:*
Ronald J. Meltzer
Sinsheimer & Meltzer, Inc., P.S.
701 5th Ave., Suite 4100
Seattle, WA 98104-7073

8

9

10

*Attorney for Defendants Theodore Mayer, David Beckner, and Lindsay Dunn:*
Michael Schwartz
Law Offices of Michael Schwartz, P.S.
810 3rd Ave., Suite 500
Seattle, WA 98104-1619

11

12

13

*Attorneys for Defendant Tonia Ruprecht*
Leslie J. Hagin, Joe R. Shaeffer, & Tiffany M. Cartwright
MacDonald Hoague & Bayless
705 Second Ave, Ste. 1500
Seattle, WA 98104

14

15

16

*Attorneys for Defendant Jay Turnquist:*
Robert D. Butler & Emily C. Beschen
Law Offices of Robert D. Butler
103 E. Holly St., #512
Bellingham, WA 98225

17

18

19

*Attorney for Defendant Steven McArthur*
Fred Diamondstone
1218 Third Avenue, #1000
Seattle, WA 98101

20

21

22

I declare under penalty under the laws of the State of Washington that the foregoing
information is true and correct.

23

DATED this 10th day of May, 2016, at Seattle, Washington.

24

25

26

Tyler Campbell, Paralegal

27

PLAINTIFF BNSF'S FIRST SET OF REQUESTS FOR
ADMISSIONS TO DEFENDANT TONIA RUPRECHT - 8

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807